JOSEPHINE RUSSELL, Appellant, v. WAYSIDE MOTOR Co., INC., Respondent, and WILLIAM H. CORDES, Doing Business under the Firm Name and Style of CORDES MOTOR COMPANY, Defendant.— Order denying plaintiff's motion to strike out separate and distinct defense of defendant Wayside Motor Co., Inc., affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

PAULINE SHERLING, Plaintiff, v. LING REALTY CORPORATION and Others, Defendants, Impleaded with NATIONAL SURETY COMPANY, Appellant, and JACOB BORISH, Respondent.— Order denying motion of National Surety Company to direct respondent to return and pay over to it a certain sum of money affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

NORA SCHETMAN, Appellant, v. SAMUEL SCHETMAN, Respondent. — Judgment affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell and Tompkins, JJ., concur; Kapper, J., dissents from the judgment for the defendant on the counterclaim.

GEORGE SIEGMUND, Respondent, v. GULF REFINING COMPANY, Appellant, and Others, Defendants.— Order denying motion of defendant Gulf Refining Company to set aside service of the summons reversed on the law, and motion granted, without costs, upon the ground that service on said defendant was not effected as provided for by section 229 of the Civil Practice Act. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

WILLIAM TURYANSKY, as Administrator, etc., of JACOB TURYANSKY, Deceased, Respondent, v. HARRY FINEBERG (FEINBERG), Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

JOHN J. WARD, SR., Individually, and as Guardian ad Litem of JOHN J. WARD, JR., an Infant, Respondent, v. YELLOW TAXI CORPORATION, N. Y., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.